The Honorable Robert J. Bryan

06-CV-05352-ORD

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TAMARA LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY FISHER, DDS, and KATHLEEN ANN STOCKMAN, husband and wife; and REGENCE BLUESHIELD, a Washington nonprofit corporation,<br><br>Defendants. | No. 3:06-cv-05352-RJB<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

COME NOW the parties hereto and stipulate and agree that the plaintiff may amend its complaint to add claims under ERISA as against Regence Blueshield. The proposed Amended Complaint is attached.

DATED this 11th day of October, 2006.

s/Kathleen E. Pierce
Kathleen E. Pierce, WSBA #12631
Morton McGoldrick, P.S.
Attorneys for Plaintiff

s/Roy F. Kussmann
Roy F. Kussmann, WSBA #5703
Kussmann & Lindstrom, P.S.
Attorneys for Defendants Fisher and Stockman

Morton
McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

BULLIVANT HOUSER BAILEY, PC

s/Heidi Eckel Alessi
Medora A. Marisseau, WSBA #23114
Heidi Eckel Alessi, WSBA #31596
Attorneys for Defendant Regence

ORDER

THIS MATTER having come on for hearing based on the above Stipulation, and the Court having reviewed the records and files herein and being fully advised, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff be and hereby is allowed to file a second amended complaint in the form attached hereto as Exhibit A.

Dated this 10 day of October, 2006.

Robert J. Bryan
United States District Judge

Presented by:

s/Kathleen E. Pierce
Kathleen E. Pierce, WSBA #12631
Morton McGoldrick, P.S.
Attorneys for Plaintiff

Approved As to Form;
Notice of Presentment Waived:

BULLIVANT HOUSER BAILEY, PC

/s Roy F. Kussmann
Roy F. Kussmann, WSBA #5703
Kussmann & Lindstrom, P.S.
Attorneys for Defendants Fisher and Stockman

s/Heidi Eckel Alessi
Medora A. Marisseau, WSBA #23114
Heidi Eckel Alessi, WSBA #31596
Attorneys for Defendant Regence

Morton McGoldrick
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS AT LAW
820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338